# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHT MOUNTAIN MEDIA, INC. a Florida Corporation; WILD SKY MEDIA, LLC, a Florida limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-02545-GW-KS<br><br>[~~PROPOSED~~] ORDER |

[~~PROPOSED~~] ORDER

The Court, having considered the Parties' Stipulation for Dismissal, hereby dismisses this action with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: April 14, 2025

*[signature]*

Hon. George H. Wu
United States District Judge